# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRYN MAWR EQUIPMENT FINANCE, INC.,** : *Plaintiff,* : : | **CIVIL ACTION** |
| v. : : | **No. 21-0262** |
| **PREFECT LODGING LLC AND SHAILESH PATEL, I/J/S,** : *Defendants.* : | |

## ORDER

AND NOW, this 10th day of August, 2021, following a non-jury trial in this matter and careful consideration of the record, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED that VERDICT and JUDGMENT are entered in favor of Plaintiff in the amount of $120,230.84.** This matter is now closed.

BY THE COURT:

/s/ Chad F. Kenney

CHAD F. KENNEY, J